# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 107    SSM 25
The People &c.,
     Respondent,
  v.
David Robinson,
     Appellant.

Submitted by Samuel R. Feldman, for appellant.
Submitted by Danielle S. Fenn, for respondent.

On review of submissions pursuant to section 500.11 of the Rules, appeal dismissed upon the ground that the issues presented have become moot. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided December 22, 2020